IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:09cr23-MCR

KEVIN SIMKINS
_____/

### MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to unseal the indictment in this case. The government originally requested that the indictment be sealed to prevent the defendant from learning about the new charges before he could be arrested. The defendant has now been arrested. In light of the foregoing, the need for the subject indictment to remain under seal no longer exists, and the government requests that the indictment be unsealed.

Dated this 2nd day of March 2009.

Respectfully submitted,

THOMAS F. KIRWIN
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

DONE AND ORDERED this the 13th day of March 2009.

M. Casey Rodgers
UNITED STATES DISTRICT JUDGE