IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                      Case No. 3:09cr23/MCR

**KEVIN SIMKINS**

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **KEVIN SIMKINS,** pursuant to Title 18, United States Code, Section 2253, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offense set forth in Count One of said indictment, to wit: that the defendant did unlawfully possess child pornography;

AND WHEREAS, on or about April 10, 2009, defendant, **KEVIN SIMKINS,** pled guilty to the violations set forth in the indictment and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1.     That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2.     That the property which is subject to forfeiture in this Order is as follows:

**(A)     Tower - Centurion Computer serial #C054408210;**

**(B)     Western Digital hard drive serial #WMAP41074251; and**

**(C)     Seagate hard drive serial #3JT2N8KE.**

3. That an Order of preliminary forfeiture is hereby entered in favor of the United States against defendant **KEVIN SIMKINS** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 17th day of June, 2009.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**